**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

June 1, 2015

Elisabeth A. Shumaker
Clerk of Court

---

JESSE S. VELASQUEZ,

    Plaintiff - Appellant,

v.

PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

    Defendant - Appellee.

No. 15-3047
(D.C. No. 6:13-CV-01463-DDC)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk